UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ali Al-Awadi, | Case No. 21-cv-2291 (WMW/BRT) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jeffrey Fikes, | |
| Respondent. | |

---

Before the Court is the October 20, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson.  (Dkt. 5.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 20, 2021 R&R, (Dkt. 5), is **ADOPTED**.

2. Petitioner Ali Al-Awadi's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1), is **DENIED** for lack of jurisdiction.

3. Al-Awadi's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

4. This case is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated:  December 6, 2021                                                                                              s/Wilhelmina M. Wright
                                                                                                                                           Wilhelmina M. Wright
                                                                                                                                           United States District Judge